# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FIRAS MAROUF,

        Plaintiff,

v.                                                                                         Case No. 6:16-cv-1040-Orl-37GJK

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

        Defendant.
_____

## ORDER

This cause is before the Court on Defendant's Agreed Motion to Stay Litigation Pending Completion of Neutral Evaluation and Memorandum of Law in Support (Doc. 12), filed July 5, 2016.

In the instant diversity action, Plaintiff alleges that Defendant breached an insurance contract by failing to cover alleged sinkhole damage to Plaintiff's residence ("**Residence**"). (*See* Doc. 2.) Pursuant to Florida Statute § 627.7074, the parties intend to participate in a neutral evaluation of the Residence. (*See* Doc. 12.) As such, Defendant moves to stay the action pending completion of the neutral evaluation ("**Motion**"). (*Id.*) The Motion is unopposed. (*Id.* at 2.)

Section 627.7074(10) provides that, "[r]egardless of when noticed, any court proceeding related to the subject matter of the neutral evaluation shall be stayed pending completion of the neutral evaluation and for 5 days after the filing of the neutral evaluator's report with the court." The statute is substantive in nature and, therefore, applies to this diversity action. *See Morejon v. Am. Sec. Ins. Co.*, 829 F. Supp. 2d 1258, 1261 (M.D. Fla. 2011); *see also Erie R.R. Co. v. Tompkins*, 304 U.S. 64, 76 (1938). Indeed, "courts in [the

Middle District of Florida] have routinely stayed or closed cases pending completion of the neutral evaluation process." *Morejon*, 829 F. Supp. 2d at 1261 (collecting cases).

Upon consideration of the foregoing authorities, the Court finds that the Motion is due to be granted, the action is due to be stayed, and the case is due to be administratively closed pending the completion of the neutral evaluation process.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Defendant's Agreed Motion to Stay Litigation Pending Completion of Neutral Evaluation and Memorandum of Law in Support (Doc. 12) is **GRANTED**.

2. This action is **STAYED** pending the completion of a neutral evaluation.

3. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the file, subject to the right of any party to file a motion to reopen.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 7, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record